IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02360-MSK-KMT

DENISE CALDARELLA,

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, a municipal corporation,
JAROD BALSON, in his individual and official capacities, and
OFFICER ROBERT WOOD, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Defendants' "Motion to Stay Discovery Pending Determination of Absolute Prosecutorial Immunity and Qualified Immunity" (#13, filed December 3, 2008) is GRANTED. Discovery, except for that necessary to determine the threshold issue of immunity, is STAYED. Within ten days of the ruling on the pending motion for summary judgment, the parties shall file a joint status report with the court including proposed new deadlines.

Dated: January 14, 2009