IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   08-cv-02360-MSK-KMT | FTR |
| **Date:**  August 12, 2009 | Debra Brown, Deputy Clerk |
| DENISE CALDARELLA | Joseph Anthony Salazar |
| Plaintiff. | |
| v. | |
| CITY OF WESTMINSTER, et al. | Gillian Marie Fahlsing |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:05 a.m.**

Court calls case.  Appearance by counsel. Also present is plaintiff, Denise Caldarella.

Plaintiff's Motion to Compel Discovery [Document #28, filed June 25, 2009] at issue. Opening statements by Counsel.

**ORDERED:**   Plaintiff's Motion to Compel Discovery [Document #28, filed June 25, 2009] is **GRANTED in part and DENIED in part** as follows:

With respect to Interrogatory No. 9 the motion is **DENIED** the Court upholds Defendant's objection, the Interrogatory exceeds the limited scope of discovery.

With respect to Interrogatory No. 10 the motion is **DENIED** as overbroad.

With respect to Interrogatory No. 6 the motion is **DENIED**, the Interrogatory exceeds the limited scope of discovery.

With respect to Interrogatory No. 11 the motion is **GRANTED**. The Defendant is required to supplement its response for the time period January 01, 2004 through October 12, 2006.

With respect to Interrogatory No. 12 the motion is **GRANTED** as to subsection b and Defendants shall supplement its response for the time period January 01, 2004 through October 12, 2006. The motion is **DENIED** as to subsections a and c.

With respect to Production of Document Request Nos. 3, 4 the motion to compel is **DENIED**

With respect to Production of Document Request No. 5 the motion is **GRANTED** with respect to both defendants Balson and Wood.

With respect to Production of Document Request No. 6, 7, 8 and 9 the motion is **DENIED**, the request exceeds the limited scope of discovery.

**ORDERED:**   A Preliminary Scheduling Conference is set for **August 24, 2009 at 1:00 p.m. (limited to ½ hour)  in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**
ECF participants shall e-mail their proposed scheduling order to chambers with a subject line "Proposed Scheduling Order " to: Tafoya_Chambers@cod.uscourts.gov, no later **August 21, 2009**
.
**Court in recess: 10:14 a.m.**
Total In-Court Time 1:09; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.