IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02360–MSK–KMT

DENISE CALDARELLA,

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, a municipal corporation,
JAROD BALSON, in his individual and official capacities, and
OFFICER ROBERT WOOD, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Entry of Stipulation and Protective Order" (#50, filed September 15, 2009) is DENIED and the proposed Protective Order is REFUSED.

The proposed Protective Order does not comply with the requirements established in *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000). *Gillard* set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

Dated: September 16, 2009